# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ERGUERA, an individual on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CMG CIT ACQUISITION, LLC, et al.,<br><br>Defendants. | Case No.: 1:20-CV-01744-NONE-JLT<br><br>ORDER AFTER INFORMAL TELEPHONE CONFERENCE<br>(Doc. 17) |

At the request of the plaintiff, the Court held an informal telephone conference regrading discovery disputes (Doc. 17) At the hearing, the parties discussed outstanding discovery. Consequently, the Court **ORDERS**:

1. By the close of business today, the defense **SHALL** serve its initial disclosures;

2. **No later than July 2, 2021**, the defense **SHALL** produce responses to all outstanding discovery, which does not require analysis of the data;

3. **No later than July 9, 2021**, the defense **SHALL** produce responses to all outstanding discovery, which requires analysis of the data.

IT IS SO ORDERED.

Dated: __**June 25, 2021**__     _____/s/ Jennifer L. Thurston
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

1