1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | MARGARITA ERGUERA,

Case No. 1:20-CV-001744-NONE-JLT

12

Plaintiff,

**[~~PROPOSED~~] ORDER EXTENDING THE DEADLINE FOR THE 30(b)(6) WITNESS AND EXTENDING THE DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**
**(Doc. 19)**

13
14 | v.

CMG CIT ACQUISITION, LLC, et al.,

15
16 | Defendants.

17

18       Based upon the stipulation of the parties, the Court **ORDERS**:

19       1.       The deposition of Defendant, pursuant to FRCP 30(b)(6), shall take place on

20 October 21, 2021; and

21       2.       The deadline for Plaintiff to file her motion for class certification is **CONTINUED**

22 to November 19, 2021.

23

24 IT IS SO ORDERED.

25    Dated:    **September 22, 2021**                    _____ /s/ Jennifer L. Thurston__
26                                                  CHIEF UNITED STATES MAGISTRATE JUDGE

27

28