Kevin D. Reese (State Bar No. 172992)
Adam V. Truong (State Bar No. 318896)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone     (415) 394-9400
Facsimile:      (415) 394.9401
E-mail:  Kevin.Reese@jacksonlewis.com
              Adam.Truong@jacksonlewis.com

Attorneys for Defendant
CMG CIT ACQUISITION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ERGUERA, an INDIVIDUAL ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CMG CIT ACQUISITION, LLC; CIRCHARO ACQUISITION LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:20-cv-01744-JLT-SKO<br><br>**[~~PROPOSED~~] ORDER DENYING AS MOOT DEFENDANT'S *EX PARTE* APPLICATION TO STRIKE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND GRANTING AN ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE SAME**<br><br>(Doc. 25) |

Based upon changed circumstances, CMG CIT ACQUISITION, LLC's ex parte request to Strike Plaintiffs' Motion for Class Certification, Or, In The Alternative, Grant An Order Extending Defendant's Time To Respond, the Court **ORDERS**:

1. The request to strike the motion for class certification is **DENIED as MOOT**.

2. The Defendant **SHALL** file an opposition to Plaintiffs' motion (Doc. 24) or a statement of non-opposition within 60 days.

3. The reply, if any, **SHALL** be filed within 30 days thereafter.

///

///

///

1

4. The hearing on the motion for class certification is **VACATED** and will be re-set only if the Court determines a hearing is needed.

IT IS SO ORDERED.

Dated: **January 10, 2022**

UNITED STATES DISTRICT JUDGE