Kevin D. Reese (State Bar No. 172992)
Adam V. Truong (State Bar No. 318896)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone      (415) 394-9400
Facsimile:      (415) 394.9401
E-mail:  Kevin.Reese@jacksonlewis.com
E-mail:  Adam.Truong@jacksonlewis.com

Attorneys for Defendant
CMG CIT ACQUISITION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ERGUERA, an INDIVIDUAL ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CMG CIT ACQUISITION, LLC; CIRCHARO ACQUISITION LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 1:20-cv-01744-JLT-BAK (SKO)<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**(Doc. 30)**<br><br>Complaint Filed:   December 8, 2020<br>Trial Date:              None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Before the Court is a stipulation by Plaintiff Margarita Erguera ("Plaintiff") and Defendant CMG CIT Acquisition, LLC ("Defendant") to continue Defendant's deadline to file its opposition to Plaintiff's motion for class certification to August 8, 2022, and to extend the deadline for Plaintiff to file her reply to Defendant's opposition to September 7, 2022.  (Doc. 30.)  The Court, having considered the stipulation and finding good cause, therefore, HEREBY ORDERS AS FOLLOWS:

1. Defendant shall produce, on or before May 2, 2022, payroll data reflecting the total number of overtime and double-time hours worked by the putative class and redacted weekly payroll data for 1/3 of the putative class;

2. The deadline for Defendant to file its opposition to Plaintiff's motion for class

certification is continued to **August 8, 2022**;

3. The deadline for Plaintiff to file its reply to Defendant's opposition is continued to **September 7, 2022**; and

4. The hearing on Plaintiff's motion for class certification shall remain vacated and shall be reset only if the Court determines a hearing is needed.

IT IS SO ORDERED.

Dated:  **March 8, 2022**                   /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE