**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, CA 91030
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ERGUERA, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CMG CIT ACQUISITION, LLC, ET AL.,<br><br>Defendants. | CASE NO. 1:20-CV-01744-JLT-BAK<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     November 8, 2022<br>Time:     9:00 a.m.<br>Location: Courtroom 4 (7th Floor) |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 8, 2022 at 9:00 a.m. in Courtroom 4 of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, 7th Floor, Fresno, CA 93721, the Honorable Jennifer L. Thurston presiding, Plaintiff Margarita Erguera, on behalf of herself and the proposed settlement class, will and hereby does move for entry of an Order preliminarily approving the terms of the settlement agreement with CMG CIT Acquisition, LLC – which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence – as fair, reasonable, and adequate.

The motion will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: October 4, 2022                     **HAYES PAWLENKO LLP**

                                           By: /s/Matthew B. Hayes
                                               MATTHEW B. HAYES
                                               Attorneys for Plaintiff

---

1
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT