1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ERGUERA, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CMG CIT ACQUISITION, LLC, et al.,<br><br>Defendants. | Case No.: 1:20-cv-01744-JLT-CDB<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On November 8, 2022, the Court granted Plaintiff's motion for preliminary approval of the class settlement and preliminarily approved the proposed Notice Packet. (Doc. 37.) However, there were also revisions required, including the date of the hearing for final approval; deadlines for requesting exclusion, objections to the Settlement, disputes of the employment information for the class member; and contact information for Phoenix as the Settlement Administrator. (*See id.* at 23.) Therefore, the Court ordered: "the parties **SHALL** file a finalized Notice with the required revisions for the Court's approval within seven days of the date of service of this Order." (*Id.* at 24, ¶ 11 [emphasis in original].) Pursuant to this order, the finalized Notice was to be filed no later than November 15, 2022. To date, the finalized notice has not been submitted to the Court.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have

inherent power to control their dockets," and in exercising that power, a court may impose sanctions, including terminating sanctions. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may sanctions based on a party's failure to obey a court order. *See, e.g., Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (sanctions for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (sanctions for failure to comply with a court order). Accordingly, **no later than November 21, 2022,** the parties **SHALL** show cause why sanctions should not be imposed for their failure to comply with the Court's order or to file the revised Class Notice for the Court's approval.

IT IS SO ORDERED.

Dated:   **November 16, 2022**

_____
UNITED STATES DISTRICT JUDGE