UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ERGUERA, an individual on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CMT CIT ACQUISITION, LLC, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01744-JLT-CDB<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED NOVEMBER 16, 2022<br>(Doc. 38)<br><br>ORDER APPROVING THE REVISED CLASS NOTICE<br>(Doc. 39-1) |

On November 16, 2022, the Court ordered the parties to show cause why sanctions should not be imposed for failing to submit a revised Class Notice to the Court as required in the order granting preliminary approval of the class settlement. (Doc. 38.) In response, the parties were directed to file the revised Notice. (*Id*.) Matthew Hayes, Class Counsel, responded to the Court's order and reports the required revisions were made and the delay was inadvertent. (Doc. 39.) Plaintiff submitted the revised Class Notice simultaneously with the response on November 17, 2022. (Doc. 39-1.)

Review of the Class Notice indicates it includes the revisions required by the Court. In addition, the Class Notice contains the information required by Rule 23 of the Federal Rules of Civil Procedure, including: the nature of the action, the settlement class preliminarily certified by the Court, the claims to be resolved, representation by counsel, how a class member may comment or object to the settlement, deadlines for responses, and the binding effect of a class judgment. Accordingly, the Court **ORDERS**:

1. The order to show cause dated November 16, 2022 (Doc. 38) is **DISCHARGED**.
2. The revised Class Notice (Doc. 39-1) is **APPROVED**.

IT IS SO ORDERED.

Dated:  **November 18, 2022**

UNITED STATES DISTRICT JUDGE