1  Kevin D. Reese (State Bar No. 172992)
   JACKSON LEWIS P.C.
2  50 California Street, 9th Floor
   San Francisco, California 94111-4615
3  Telephone: (415) 394-9400
   Facsimile: (415) 394.9401
4  E-mail: Kevin.Reese@jacksonlewis.com

5  Attorneys for Defendants
   CMG CIT ACQUISITION, LLC and
6  CIRCHARO ACQUISITION LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ERGUERA, an INDIVIDUAL ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CMG CIT ACQUISITION, LLC; CIRCHARO ACQUISITION LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:20-CV-01744-JLT-CDB<br><br>[PROPOSED] ORDER GRANTING MODIFICATION OF COURT'S PRELIMINARY APPROVAL ORDER RELATED TO SCHEDULING<br><br>Judge:           Hon. Jennifer L. Thurston<br><br>Complaint Filed:  December 8, 2020<br>Trial Date:          None Set |

### [PROPOSED] ORDER GRANTING MODIFICATION OF COURT'S PRELIMINARY APPROVAL ORDER RELATED TO SCHEDULING

Upon consideration of Defendants Request for Modification of the Court's Preliminary Approval Order and good cause having been shown, it is hereby

**ORDERED**, that the Request for Modification of the Court's Preliminary Approval Order is **GRANTED**; and it is further

**ORDERED**, that the following dates set forth in the Court's Preliminary Approval Order are extended to the follow dates as set forth below:

///

| | | |
|---|---|---|
| January 4, 2023 | | Deadline for Defendants to provide the Settlement Administrator with the Class Data |
| January 18, 2023 | | Deadline for Settlement Administrator to mail the approved Class Notice Packet to Class |
| April 6, 2023 | | Hearing date for Final Approval and Fairness Hearing |

IT IS SO ORDERED.

Dated: **December 27, 2022**

_____
UNITED STATES DISTRICT JUDGE