**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, CA 91030
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ERGUERA, an individual on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CMG CIT ACQUISITION, LLC, ET AL.,<br><br>Defendants. | CASE NO. 1:20-CV01744-JLT-BAK<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      April 6, 2023<br>Time:     9:00 a.m.<br>Location: Courtroom 4 (7th Floor) |

0
**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 6, 2023 at 9:00 a.m. in Courtroom 4 of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, 7th Floor, Fresno, CA 93721, the Honorable Jennifer L. Thurston presiding, Plaintiff Margarita Erguera, on behalf of herself and the proposed settlement class, will and hereby does move the Court to grant final approval of the Joint Stipulation and Settlement Agreement and to enter the Proposed Order and Judgment lodged contemporaneously herewith.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: March 2, 2023                     **HAYES PAWLENKO LLP**

                                         By: /s/Matthew B. Hayes
                                            MATTHEW B. HAYES
                                            Attorneys for Plaintiff

1

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**